IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3006 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDRES CANCIO AQUIN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. The defendant's "response to the court's August 18, 2008 memorandum and order" (filing 44), treated as a motion for reconsideration, is denied.

2. The clerk of the court shall forward a copy of filing 44 and of this order to the Clerk of the United States Court of Appeals for the Eighth Circuit.

September 9, 2008.         BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge